| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Mark C. Sparks <br> Mostyn Law Firm <br> 6280 Delaware St. <br> Beaumont, Texas 77706 <br> Telephone: (409) 832-2777 <br> Facsimile: (409) 832-2703 <br> Email: mark@mostynlaw.com | |
| ATTORNEY(S) FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Rosemary Torres | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:15-cv-06868-PSG-FFM |
| v. | |
| Boston Scientific Corporation | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          Rosemary Torres
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Rosemary Torres | Plaintiff - Direct, pecuniary interest |
| Boston Scientific Corporation | Defendant - Direct, pecuniary interest |
| Mostyn Law Firm | Counsel for Plaintiff - Direct, pecuniary interest |
| Arnold Itkin, LLP | Counsel for Plaintiff - Direct, pecuniary interest |
| Kiesel Law, LLP | Counsel for Plaintiff - Direct, pecuniary interest |

September 10, 2015
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff